HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

U.S. BANK NATIONAL ASSOCIATION,

Plaintiff,

v.

EEL RIVER INVESTMENT COMPANY, a Washington corporation; et al.,

Defendant.

Case No. C04-5623RBL

NOW, on this 15th day of August, 2005 the Court directs the Clerk to enter the following Minute Order:

The Court will hear Oral Argument on **WEDNESDAY, SEPTEMBER 21, 2005 at 9:30 a.m.** on the following motions: #77 Plaintiff's Motion for Summary Judgment; #96 MOTION for Leave to File Counterclaims; #101 MOTION for Leave to File Counterclaims; #116 MOTION for Leave to File Counterclaim against Plaintiff U.S. Bank. In addition to the supplemental briefing recently filed on Plaintiff's Motion for Summary Judgment, the parties shall provide the Court with the following information:

1. Describe how the investment plan was intended to operate as to benefit the original investors and ERIC/ERAC.

ORDER
Page - 1

2.	Describe with particularity the roll of plaintiff and each of the defendants in the operation of the plan.

3.	Describe fully how the investment in Societe Generale Securities came to pass (i.e. who contacted who and when).

4.	Describe what happened to the originally invested $15,000,000 from the inception of the plan until now.

The Information shall be filed on or before **SEPTEMBER 14, 2005**.  The information may be filed jointly or in individual submission and may be provided in letter form; however, it shall be electronically filed with the clerk and made a part of the record in this case.

The foregoing Minute Order entered by ___S/Jean Boring_____, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.