HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>        Plaintiff,<br><br>vs.<br><br>EEL RIVER INVESTMENT COMPANY, et al.,<br><br>        Defendants. | NO. 04-5623 RBL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SENDJER SHEFKET AND TARGET INTERNATIONAL FUNDS LTD.** |

THIS MATTER came before the Court on Plaintiff U.S. Bank National Association's Motion for Entry of Default Against Defendants Sendjer Shefket and Target International Funds Ltd. The Court is fully apprised, having reviewed and considered the files and records herein.

NOW, THEREFORE, it is hereby ORDERED:

1.  Plaintiff's Motion for Entry of Default Against Defendants Sendjer Shefket and Target International Funds Ltd. is hereby **GRANTED**.

2.  Defendants Sendjer Shefket and Target International Funds Ltd. were properly served but have failed to appear, plead or otherwise defend themselves in this action, which seeks affirmative relief against them, within the time prescribed by the Federal Rules of Civil Procedure.

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SENDJER SHEFKET AND TARGET INTERNATIONAL FUNDS LTD.
NO. 04-5623 RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

3. The Clerk of this Court shall immediately enter the default of Defendants Sendjer Shefket and Target International Funds Ltd.

SO ORDERED this 19th day of April, 2006.

                                  s/Jean  Boring
                              BRUCE RIFKIN
                              UNITED STATES COURT EXECUTIVE
                              By:  Deputy Clerk

Presented by:

DORSEY & WHITNEY LLP


 /s/ Shawn Larsen-Bright
Peter Ehrlichman WSBA #6591
Curt Roy Hineline WSBA #16317
Shawn Larsen-Bright WSBA #37066
1420 Fifth Avenue, Suite 3400
Seattle, WA  98101
(206) 903-8800
ehrlichman.peter@dorsey.com
hineline.curt@dorsey.com
larsen.bright.shawn@dorsey.com
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS SENDJER SHEFKET AND TARGET INTERNATIONAL FUNDS LTD. -2-
NO. 04-5623 RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON  98101
PHONE: (206) 903-8800
FAX: (206) 903-8820