HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION<br><br>    Plaintiff,<br><br>vs.<br><br>EEL RIVER INVESTMENT COMPANY, et al.<br><br>    Defendants. | NO. 04-5623 RBL<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEFENDANT EEL RIVER INVESTMENT COMPANY WAS A SELLER OF ITS SHARES UNDER WSSA**<br><br>NOTE ON MOTION CALENDAR:<br>February 17, 2006 |

  THIS MATTER came before the Court on Plaintiff U.S. Bank National Association's Motion for Partial Summary Judgment that Defendant Eel River Investment Company was a Seller of its Shares Under WSSA. The Court is fully apprised, having reviewed and considered the files and records herein.

  NOW, THEREFORE, it is hereby ORDERED:

  1. Plaintiff's Motion for Partial Summary Judgment that Defendant Eel River Investment Company was a Seller of its Shares Under WSSA is hereby **GRANTED**.

  2. Defendant Eel River Investment Company was a person who offered or sold its Eel River Investment Company Trust Preferred Redeemable Stock, Series 2002A, and was

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEFENDANT EEL RIVER INVESTMENT COMPANY WAS A SELLER OF ITS SHARES UNDER WSSA
NO. 04-5623 RBL -1-

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1  therefore a seller of those securities under the Washington State Securities Act,
2  RCW 21.20.430(1).

3  IT IS SO ORDERED this 8th day of May, 2006.

                                          _____
                                          RONALD B. LEIGHTON
                                          UNITED STATES DISTRICT JUDGE

**Presented by:**

DORSEY & WHITNEY LLP

/s/ Peter Ehrlichman
Peter Ehrlichman WSBA #6591
Curt Roy Hineline WSBA #16317
Shawn Larsen-Bright WSBA #37066
1420 Fifth Avenue, Suite 3400
Seattle, WA  98101
(206) 903-8800
ehrlichman.peter@dorsey.com
hineline.curt@dorsey.com
larsen.bright.shawn@dorsey.com
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT THAT DEFENDANT EEL RIVER INVESTMENT COMPANY WAS A SELLER OF ITS SHARES UNDER WSSA
NO. 04-5623 RBL -2-
4825-5138-7136\2 5/2/2006 10:48 AM

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820