HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>EEL RIVER INVESTMENT COMPANY, a Washington corporation; VERIL L. OLSEN, an individual; MICHAEL D. ROSS, an individual; JOHN E. BREAZILE, an individual; MICHAEL SULLIVAN, an individual; STERNE AGEE & LEACH, INC., an Alabama corporation; EEL RIVER ACQUISITION CORPORATION, a Nevada corporation; ROSS WILLIAMSON & LOITZ, PLLC, a Washington limited liability company, SENDJER SHEFKET, an individual, TARGET INTERNATIONAL FUNDS LTD., a foreign entity; EEL RIVER LUMBER PRODUCTS, LLC, a Washington corporation,<br><br>Defendants. | NO. 04-5623 RBL<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S CLAIMS AGAINST MICHAEL D. ROSS AND ROSS LAW GROUP (F/K/A ROSS WILLIAMSON & LOITZ AND F/K/A ROSS & LOITZ) ("ROSS DEFENDANTS") AND DISMISSING ROSS' COUNTERCLAIMS AND CROSSCLAIMS WITH PREJUDICE** |

**STIPULATED ORDER OF DISMISSAL**

Plaintiff U. S. Bank National Association, by and through its undersigned counsel of record, and Defendants Michael D. Ross and Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz), by and through its undersigned counsel of record,  hereby stipulate and

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S
CLAIMS AGAINST MICHAEL D. ROSS AND ROSS LAW GROUP
(F/K/A ROSS WILLIAMSON & LOITZ AND F/K/A ROSS & LOITZ)
("ROSS DEFENDANTS") AND DISMISSING ROSS' COUNTERCLAIMS
AND CROSSCLAIMS WITH PREJUDICE
NO. 04-5623 RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

agree that plaintiff's claims against Michael D. Ross and Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz) be dismissed with prejudice and without costs or attorney's fees to either party. Defendants Michael D. Ross and Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz) also hereby stipulate and agree that their counterclaims against plaintiff and cross-claim against defendant Eel River Investment Company be dismissed with prejudice and without costs or attorney's fees to any party.

DATED this ___th day of May 2006.

| DORSEY & WHITNEY LLP | LEE SMART COOK MARTIN & PATTERSON, P.S., INC. |
|---|---|
| /s/ Peter Ehrlichman<br>Peter Ehrlichman WSBA #6591<br>Curt Roy Hineline WSBA #16317<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>(206) 903-8800<br>Attorneys for Plaintiff<br>U.S. Bank National Association | /s/ Joel E. Wright<br>Joel E. Wright, WSBA No. 8625<br>Philip B. Grennan, WSBA No. 8127<br>William R. Kiendl, WSBA No. 23169<br>701 Pike St Ste 1800<br>Seattle, WA 98101-3929<br>Attorneys for Defendants Michael D. Ross and Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz) |

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S
CLAIMS AGAINST MICHAEL D. ROSS AND ROSS LAW GROUP
(F/K/A ROSS WILLIAMSON & LOITZ AND F/K/A ROSS & LOITZ)
("ROSS DEFENDANTS") AND DISMISSING ROSS' COUNTERCLAIMS
AND CROSSCLAIMS WITH PREJUDICE
NO. 04-5623 RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER OF DISMISSAL

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to the above stipulation of the parties, plaintiff's claims against Defendants Michael D. Ross and Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz are hereby DISMISSED with prejudice and without costs or attorney's fees to either party. Further, Defendants Michael D. Ross and Ross Law Group's (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz) respective counterclaims and cross-claims against all parties be DISMISSED with prejudice and without costs or attorney's fees to any party.

IT IS SO ORDERED this 8th day of May, 2006.

_/s/ Ronald B. Leighton_

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented by:**
DORSEY & WHITNEY LLP


   /s/ Peter Ehrlichman
Peter Ehrlichman, WSBA #6591
Curt R. Hineline, WSBA #16317
Attorneys for Defendant U.S. Bank National Association

**Waived as to Form and Presentation:**
LEE SMART COOK MARTIN &
PATTERSON, P.S., INC.


   /s/ Joel E. Wright
Joel E. Wright, WSBA No. 8625
Philip B. Grennan, WSBA No. 8127
William R. Kiendl, WSBA No. 23169
701 Pike St Ste 1800
Seattle, WA 98101-3929
Attorneys for Defendants Michael D. Ross and
Ross Law Group (f/k/a Ross Williamson & Loitz and f/k/a Ross & Loitz)

STIPULATED ORDER OF DISMISSAL WITH PREJUDICE OF PLAINTIFF'S
CLAIMS AGAINST MICHAEL D. ROSS AND ROSS LAW GROUP
(F/K/A ROSS WILLIAMSON & LOITZ AND F/K/A ROSS & LOITZ)
("ROSS DEFENDANTS") AND DISMISSING ROSS' COUNTERCLAIMS
AND CROSSCLAIMS WITH PREJUDICE
NO. 04-5623 RBL

4817-6030-4128\1 5/5/2006 12:15 PM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820