HONORABLE RONALD B. LEIGHTON

04-CV-05623-ORD

FILED _____ LODGED
_____ RECEIVED

MAY 24 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>EEL RIVER INVESTMENT COMPANY, STERNE, AGEE & LEACH, INC., et al.<br><br>Defendants. | NO. 04-5623 RBL<br><br>[PROPOSED] ORDER FOR AND ENTRY OF DEFAULT JUDGMENT AGAINST DEFAULTED DEFENDANTS SENDJER SHEFKET AND TARGET INTERNATIONAL FUNDS, INC. |

This matter came before the Court on Plaintiff U.S. Bank National Association's Motion for Entry of Default Judgment Against Defaulted Defendants Sendjer Shefket and Target International Funds, Ltd. The Court is fully apprised, having considered the files and records herein, and notes that default was entered by this Court against such defendants on April 19, 2006 (Dkt. No. 338).

NOW, THEREFORE, it is hereby ORDERED:

[PROPOSED] ORDER FOR AND ENTRY OF DEFAULT
JUDGMENT AGAINST DEFAULTED DEFENDANTS SENDJER
SHEFKET AND TARGET INTERNATIONAL FUNDS, INC.
NO. 04-5623 RBL -1-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

1.     U.S. Bank's Motion for Entry of Default Judgment Against Defaulted Defendants Sendjer Shefket and Target International Funds, Ltd. is hereby **GRANTED**.

2.     U.S. Bank is entitled to judgment on its Washington State Securities Act claims against Defendants Sendjer Shefket ("Shefket") and Target International Funds, Ltd. ("Target"), jointly and severally, for the principal amount of $15,000,000. On that amount, U.S. Bank is entitled to statutory interest at the rate of 8% per annum from December 24, 2002 until the date of this Judgment. U.S. Bank is also entitled to reasonable attorneys' fees. U.S. Bank is hereby granted leave to amend this Judgment within one year of entry to establish reasonable attorneys' fees.

3.     U.S. Bank is also entitled to judgment on its common law claims against Shefket and Target, jointly and severally, for the liquidated sum of $15,000,000. On that amount, U.S. Bank is entitled to prejudgment interest at the rate of 12% per annum from December 24, 2002 until the date of this Judgment.

4.     Accordingly, **JUDGMENT** is hereby entered against Shefket and Target, jointly and severally, for the amount of $15,000,000 plus prejudgment interest at the statutory rate of 12% in the sum of $ 6,144,657.53, for a total judgment owing of $ 21,144,657.53. Post-judgment interest will accrue at the standard federal rate until paid.

SO ORDERED this 24th day of May, 2006.

_____
THE HONORABLE RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR AND ENTRY OF DEFAULT
JUDGMENT AGAINST DEFAULTED DEFENDANTS SENDJER
SHEFKET AND TARGET INTERNATIONAL FUNDS, INC.
NO. 04-5623 RBL -2-

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Presented by:

DORSEY & WHITNEY LLP

/s/ Peter Ehrlichman
Peter Ehrlichman WSBA #6591
Curt Roy Hineline WSBA #16317
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
(206) 903-8800
ehrlichman.peter@dorsey.com
hineline.curt@dorsey.com

Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

[PROPOSED] ORDER FOR AND ENTRY OF DEFAULT
JUDGMENT AGAINST DEFAULTED DEFENDANTS SENDJER
SHEFKET AND TARGET INTERNATIONAL FUNDS, INC.
NO. 04-5623 RBL -3-
4820-5365-4529\1 5/23/2006 7:46 PM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820