HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EEL RIVER INVESTMENT COMPANY, et al.,<br><br>Defendants. | Case No. C04-5623 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Defendant Sterne, Agee & Leach, Inc.'s Motion to Retax Costs [Dkt. #409].

Having considered the entirety of the records and file herein, the Court rules as follows:

Sterne, Agee & Leach, Inc. (SAL) seeks to recover costs in excess of those awarded by the Clerk. Specifically, SAL seeks $9,957.28 more than initially taxed for deposition transcript costs and seeks $9,203.50 for video depositions which was disallowed in its entirety by the Clerk. The Court will award $10,817.26 for deposition transcripts which represents the total transcript costs for all witnesses whose testimony was placed in the trial record or was used in support of SAL's motion for summary judgment. The Court declines to award any costs for video depositions as that cost is duplicative of the written transcripts. It is therefore

**ORDERED** that SAL's Motion to Retax Costs [Dkt. #409] is **GRANTED** to the extent stated above. Including the uncontested amounts, costs are taxed against plaintiff in the total amount of $15,912.73.

1   The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing
2   pro se.

3   Dated this 17th day of July, 2006.

*Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE