HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| U.S. BANK NATIONAL ASSOCIATION, | NO. 04-5623 RBL |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING F.R.C.P. 60 RELIEF FROM ORDERS ON COSTS** |
| vs. | |
| EEL RIVER INVESTMENT COMPANY, STERNE, AGEE & LEACH, INC., et. al., | |
| Defendants. | |

**STIPULATION**

Plaintiff U.S. Bank National Association ("U.S. Bank") and Defendant Sterne Agee & Leach, Inc. ("SAL"), by through their respective undersigned counsel of record, stipulate and agree as follows:

In light of the Ninth Circuit Court of Appeals' decision to vacate the District Court's prior judgment in favor of SAL and remand the action for further proceedings, SAL agrees that it is not at this time entitled to the $15,912.73 in costs taxed against U.S. Bank in this Court's July 17, 2006 Order (Dkt. #416) and that the aforesaid Order should be vacated. By extension, this applies equally to this Court's superceded Taxation of Costs, dated June 20, 2006 (Dkt. #406). U.S. Bank did not pay the $15,912.73 while its appeal was pending before the Ninth Circuit Court of Appeals.

STIPULATION AND [PROPOSED] ORDER RE F.R.C.P. 60 RELIEF
NO. 04-5623 RBL

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

Accordingly, the parties respectfully request the Court to enter an Order in the form provided below.

DATED and AGREED by the parties hereto through their respective counsel of record this 24th day of July, 2008.

| DORSEY & WHITNEY LLP | HASKELL SLAUGHTER YOUNG & REDIKER LLC |
|---|---|
| /s/ Shawn Larsen-Bright<br>Peter Ehrlichman, WSBA #6591<br>Curt Roy Hineline, WSBA #16317<br>Shawn Larsen-Bright, WSBA #37066<br>1420 Fifth Avenue, Suite 3400<br>Seattle, WA 98101<br>(206) 903-8800<br>Attorneys for Plaintiff<br>U.S. Bank National Association | /s/ Peter Tepley<br>Peter Tepley (admitted *pro hac vice*)<br><br>2001 Park Place North, Suite 1400<br>Birmingham, Alabama 35203<br>(205) 251-1000<br>Attorneys for Defendant<br>Sterne, Agee & Leach, Inc. |

STIPULATION AND [PROPOSED] ORDER RE F.R.C.P. 60 RELIEF
NO. 04-5623 RBL

**DORSEY & WHITNEY LLP**
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820

# ORDER

IT IS HEREBY ORDERED AND ADJUDGED that pursuant to Fed.R.Civ.P. 60(b)(5), and the above stipulation of the parties, this Court's July 17, 2006 Order (Dkt. #416) and this Court's June 20, 2006 Taxation of Costs (Dkt. #406) are hereby VACATED. Plaintiff U.S. Bank National Association is no longer under any order or judgment to pay $15,912.73 to defendant Sterne Agee & Leach, Inc. The Clerk of the Court is directed to strike any judgment awarding costs to Sterne Agee & Leach. The Court retains jurisdiction to consider issues of costs after further proceedings.

Done in open court, this 1st of August, 2008.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

**Presented by:**
DORSEY & WHITNEY LLP

 /s/ Shawn Larsen-Bright
Peter Ehrlichman, WSBA #6591
Curt R. Hineline, WSBA #16317
Shawn Larsen-Bright, WSBA #37066
Attorneys for Defendant
U.S. Bank National Association

**Approved by:**
HASKELL SLAUGHTER YOUNG & REDIKER LLC

 /s/ Peter Tepley
Peter Tepley (admitted *pro hac vice*)
Attorneys for Defendant
Sterne Agee & Leach, Inc.

STIPULATION AND [PROPOSED] ORDER RE F.R.C.P. 60 RELIEF
NO. 04-5623 RBL 4844-1122-8674\1 7/24/2008 4:00 PM

DORSEY & WHITNEY LLP
U.S. BANK BUILDING CENTRE
1420 FIFTH AVENUE, SUITE 3400
SEATTLE, WASHINGTON 98101
PHONE: (206) 903-8800
FAX: (206) 903-8820