UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EEL RIVER INVESTMENT COMPANY, STERNE, AGEE & LEACH, INC., et al,<br><br>Defendants. | Case No. C4-5623RBL<br><br>ORDER |

THIS MATTER comes before the Court on Plaintiff's Motion for Summary Judgment and/or Judgment on Partial Finding [Dkt. #446]. The Court has reviewed the motion and supporting materials and SAL's opposition to plaintiff's motion [Dkt. #449]. The Court does not require a reply memorandum from U.S. Bank nor is oral argument required for the Court to resolve this issue.

Plaintiff's Motion for Summary Judgment and/or Judgment on Partial Finding [Dkt. #446] is **DENIED.**

Dated this 23rd day of December, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE