HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EEL RIVER INVESTMENT COMPANY, et al,<br><br>Defendants. | Case No. C04-5623RBL<br><br>ORDER |

THIS MATTER comes before the Court on SAL's Motion to Compel Trial Testimony of USB Officer Scott Strodthoff [Dkt. #467]. The motion is accompanied by a Motion to Shorten Time [Dkt. #466]. The parties are reminded that motions to shorten time have been abolished under Local Rule CR6(e) of the Western District of Washington. The Court has reviewed the materials submitted in support of the Motion to Compel Trial Testimony of Strodthoff and the Court does not require a response from U.S. Bank. Oral argument is not required to resolve the issue presented in the motion.

The trial date in this matter (January 12, 2009) is delayed because of the Court's docket conflicts and the unavailability of Michael Rediker. The trial date will most certainly be extended beyond February

which will leave time for SAL to schedule the deposition of Mr. Strodthoff to preserve his testimony. For that reason, the Motion to Compel Trial Testimony of USB Officer Scott Strodthoff [Dkt. #467] is **DENIED.**

Dated this 8th day of January, 2009.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE