The Honorable Ronald B. Leighton

04-CV-05623-ORD



JUN -8 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>v.<br><br>EEL RIVER INVESTMENT COMPANY, et al.,<br><br>Defendants. | NO. 04-5623 RBL<br><br>**ORDER GRANTING DEFENDANT STERNE AGEE & LEACH, INC.'S MOTION TO REINSTATE ORDER TAXING COSTS**<br><br>**(Proposed)** |

THIS MATTER comes before the Court upon Defendant Sterne Agee & Leach, Inc.'s ("Sterne Agee") Motion to Reinstate Order Taxing Costs.

Having considered the entirety of the records and file herein, the Court rules as follows:

Sterne Agee, a prevailing party in the above captioned matter, request this Court to reinstate its previously entered Order dated July 17, 2006 (Dkt. #416), which taxed cost in the amount of $15,912.73 against Plaintiff U.S. Bank National Association ("U.S. Bank") for the initial trial proceedings in this case, which took place in May 2006.

PROPOSED ORDER GRANTING DEFENDANT STERNE AGEE'S
MOTION TO REINSTATE ORER TAXING COSTS- 1
No. 04-5623-RBL

Haskell Slaughter Young & Rediker LLC
2001 Park Place North, Ste. 1400
Birmingham, Alabama 35203
Phone: 205.251.1000 | Fax: 205.324.1133

Sterne Agee's Motion is well-taken as the issues have previously been fully briefed by both parties and heard by the Court. Being fully informed in the premises,

IT IS ORDERED:

1. Sterne Agee's Motion to Reinstate Order Taxing Costs is hereby GRANTED;

2. The Court hereby reinstates its previous Order dated July 17, 2006 (Dkt. #416); and

3. Costs are taxed against Plaintiff U.S. Bank in the total amount of $15,912.73 for the initial trial proceedings in this case.

SO ORDERED this 8th day of June, 2009.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

Peter Tepley
Haskell Slaughter Young
& Rediker, LLC
2001 Park Place North
1400 Park Place Tower
Birmingham, Alabama 35203
Phone: 205-254-1466
Facsimile: 205-324-1133

3199727_1.DOC

PROPOSED ORDER GRANTING DEFENDANT STERNE AGEE'S
MOTION TO REINSTATE ORER TAXING COSTS- 2
No. 04-5623-RBL

Haskell Slaughter Young & Rediker LLC
2001 Park Place North, Ste. 1400
Birmingham, Alabama 35203
Phone: 205.251.1000 | Fax: 205.324.1133